**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-08326-RLM-7 |
| | § | |
| JOHN JAY WILSON | § | |
| TASHA WILSON | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 0 of the United States Bankruptcy Code was filed on 07/12/2012. The case was converted to one under Chapter 7 on 11/30/2012. The undersigned trustee was appointed on 11/30/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                   $28,447.04

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $251.11 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $1,117.27 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $27,078.66 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/18/2013 and the deadline for filing government claims was 05/29/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,482.98. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,482.98, for a total compensation of $3,482.98[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $110.32, for total expenses of $110.32.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/30/2013            By: /s/ Randall L. Woodruff
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 12-08326-RLM-7 | Trustee Name: | Randall L. Woodruff |
| --- | --- | --- | --- |
| Case Name: | WILSON, JOHN JAY AND WILSON, TASHA | Date Filed (f) or Converted (c): | 11/30/2012 (c) |
| For the Period Ending: | 8/30/2013 | §341(a) Meeting Date: | 01/08/2013 |
| | | Claims Bar Date: | 04/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  5101 W. 150 North  Bargersville  IN | $114,800.00 | $0.00 | OA | $0.00 | FA |
| 2  Checking Account with Chase | $450.00 | $0.00 | OA | $0.00 | FA |
| 3  Checking account with Chase | $200.00 | $0.00 | OA | $0.00 | FA |
| 4  Money Market with Chase | $27,316.00 | $26,025.93 | | $26,075.93 | FA |
| 5  Household goods; TV  DVD player  TV stand  video games  camera  cell phone  stereo  sofa  vacuum  table  chairs  lamps  bedroom sets  washer/dryer  stove  refrigerator  microwave  dishes/flatware  pots/pans  tools  lawn mower  BBQ grill | $3,000.00 | $0.00 | OA | $0.00 | FA |
| 6  Books  Compact Discs  Tapes/Records  Family Pictures  DVDs | $400.00 | $0.00 | OA | $0.00 | FA |
| 7  Necessary wearing apparel. | $100.00 | $0.00 | OA | $0.00 | FA |
| 8  Earrings  watch  costume jewelry  wedding rings | $500.00 | $501.00 | OA | $0.00 | FA |
| 9  Firearms and sporting equipment. | $300.00 | $0.00 | OA | $0.00 | FA |
| 10 Term Life Insurance - No Cash Surrender Value. | $0.00 | $0.00 | OA | $0.00 | FA |
| 11 Term Life Insurance - No Cash Surrender Value. | $0.00 | $0.00 | OA | $0.00 | FA |
| 12 401(k) - 100% Exempt. | $2,000.00 | $0.00 | OA | $0.00 | FA |
| 13 2003 Dodge Ram with over 173 000 miles | $5,136.00 | $0.00 | OA | $0.00 | FA |
| 14 2004 Buick Rendezvous with over 103 000 miles | $5,400.00 | $0.00 | OA | $0.00 | FA |
| 15 2012 Tax Refund                                     (u) | Unknown | $1,253.84 | | $2,371.11 | FA |
| 16 VOID | $0.00 | $0.00 | | $0.00 | FA |
| 17 VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                           **Gross Value of Remaining Assets**

$159,602.00          $27,780.77                    $28,447.04          $0.00

**Major Activities affecting case closing:**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2          Exhibit A

| Case No.: | 12-08326-RLM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | WILSON, JOHN JAY AND WILSON, TASHA | Date Filed (f) or Converted (c): | 11/30/2012 (c) |
| For the Period Ending: | 8/30/2013 | §341(a) Meeting Date: | 01/08/2013 |
| | | Claims Bar Date: | 04/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Debtors have turned over money market funds and Ch. 13 Trustee has now turned over 2012 tax refund that was mistakenly sent to her office. Trustee reviewing claims and will start case closing process when he has June bank statement.

Omnibus Objection to Claims filed.  Response due by 8/23/2013.

TFR submitted to UST

**Initial Projected Date Of Final Report (TFR):**   10/18/2013          **Current Projected Date Of Final Report (TFR):**          /s/ RANDALL L. WOODRUFF

RANDALL L. WOODRUFF

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-08326-RLM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | WILSON, JOHN JAY AND WILSON, TASHA | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7312 | Checking Acct #: | ******1292 |
| Co-Debtor Taxpayer ID #: | ******7313 | Account Title: | |
| For Period Beginning: | 7/12/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/30/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2013 | (4) | John and Tasha Wilson | Turnover of Money Market Account Funds on Deposit | 1129-000 | $26,075.93 | | $26,075.93 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.72 | $26,073.21 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.00 | $26,035.21 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $42.04 | $25,993.17 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $40.61 | $25,952.56 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $41.87 | $25,910.69 |
| 06/26/2013 | (15) | United States Treasury | 2012 Federal Tax Refund | 1224-000 | $2,371.11 | | $28,281.80 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $40.83 | $28,240.97 |
| 07/10/2013 | 3001 | JOHN J. WILSON AND TASHA WILSON | Refund portion of 2012 tax refund that does not belong to bankruptcy estate | 8100-002 | | $1,117.27 | $27,123.70 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $45.04 | $27,078.66 |
| | | | **TOTALS:** | | $28,447.04 | $1,368.38 | $27,078.66 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $28,447.04 | $1,368.38 | |
| | | | Less: Payments to debtors | | $0.00 | $1,117.27 | |
| | | | **Net** | | $28,447.04 | $251.11 | |

| For the period of 7/12/2012 to 8/30/2013 | | For the entire history of the account between 01/29/2013 to 8/30/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $28,447.04 | Total Compensable Receipts: | $28,447.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,447.04 | Total Comp/Non Comp Receipts: | $28,447.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $251.11 | Total Compensable Disbursements: | $251.11 |
| Total Non-Compensable Disbursements: | $1,117.27 | Total Non-Compensable Disbursements: | $1,117.27 |
| Total Comp/Non Comp Disbursements: | $1,368.38 | Total Comp/Non Comp Disbursements: | $1,368.38 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-08326-RLM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | WILSON, JOHN JAY AND WILSON, TASHA | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7312 | Checking Acct #: | ******1292 |
| Co-Debtor Taxpayer ID #: | ******7313 | Account Title: | |
| For Period Beginning: | 7/12/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/30/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $28,447.04 | $1,368.38 | $27,078.66 |

**For the period of 7/12/2012 to 8/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $28,447.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,447.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $251.11 |
| Total Non-Compensable Disbursements: | $1,117.27 |
| Total Comp/Non Comp Disbursements: | $1,368.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/30/2012 to 8/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $28,447.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,447.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $251.11 |
| Total Non-Compensable Disbursements: | $1,117.27 |
| Total Comp/Non Comp Disbursements: | $1,368.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDALL L. WOODRUFF

RANDALL L. WOODRUFF

**CLAIM ANALYSIS REPORT**

| Case No.: | 12-08326-RLM-7 | | Trustee Name: | Randall L. Woodruff |
| Case Name: | WILSON, JOHN JAY AND WILSON, TASHA | | Date: | 8/30/2013 |
| Claims Bar Date: | 04/18/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 07/19/2012 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $4,654.15 | $4,654.15 | $0.00 | $0.00 | $0.00 | $4,654.15 |
| 2 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 07/19/2012 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $2,101.54 | $2,101.54 | $0.00 | $0.00 | $0.00 | $2,101.54 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br><br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | 08/01/2012 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $380.60 | $380.60 | $0.00 | $0.00 | $0.00 | $380.60 |

**Claim Notes:** (3-1) UNPAID CREDIT CARD BALANCE

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | LVNV FUNDING, LLC<br><br>C/O Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 08/14/2012 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $17,467.39 | $17,467.39 | $0.00 | $0.00 | $0.00 | $17,467.39 |
| 5 | GERACI LAW, L.L.C.<br>55 E. Monroe #3400<br>Chicago IL 60603 | 08/21/2012 | Other Priority | Withdrawn | 5800-000 | $0.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (5-1) Attorney&#039;s Fees

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | AMERICAN STUDENT ASSISTANCE GUARANTOR<br>100 Cambridge Street, Suite 1600<br>Boston MA 02114 | 08/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,948.40 | $15,948.40 | $0.00 | $0.00 | $0.00 | $15,948.40 |

**Claim Notes:** (6-1) Student Loan

# CLAIM ANALYSIS REPORT

| Case No.: | 12-08326-RLM-7 | | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|---|
| Case Name: | WILSON, JOHN JAY AND WILSON, TASHA | | Date: | 8/30/2013 |
| Claims Bar Date: | 04/18/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 7 | RECEIVABLE RECOVERY PARTNERS<br>Bankruptcy Department<br>PO Box 33231<br>Indianapolis IN 46203 | 08/27/2012 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $1,125.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (7-1) MEDICAL SERVICES | | | | | | | | | | | |
| 8 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | 09/04/2012 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $6,287.46 | $6,287.46 | $0.00 | $0.00 | $0.00 | $6,287.46 |
| 9 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>assignee of North Star Capital Acquisition LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 10/10/2012 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $224.79 | $224.79 | $0.00 | $0.00 | $0.00 | $224.79 |
| 10 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP,<br>7144 E. Stetson Dr., Ste 410<br>Scottsdale AZ 85251 | 10/17/2012 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $758.58 | $758.58 | $0.00 | $0.00 | $0.00 | $758.58 |
| 11 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP,<br>7144 E. Stetson Dr., Ste 410<br>Scottsdale AZ 85251 | 10/17/2012 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $5,506.16 | $5,506.16 | $0.00 | $0.00 | $0.00 | $5,506.16 |
| 12 | WILLOWS COVENTRY APTS / HARBOR<br>C/O National Credit System<br>3750 Naturally Fresh Blvd<br>Atlanta GA 30349 | 10/23/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,567.86 | $1,567.86 | $0.00 | $0.00 | $0.00 | $1,567.86 |
| **Claim Notes:** | (12-1) apt lease | | | | | | | | | | | |

\* There is an objection filed for this claim

# CLAIM ANALYSIS REPORT

| Case No.: | 12-08326-RLM-7 | | | | | | | Trustee Name: | Randall L. Woodruff |
| Case Name: | WILSON, JOHN JAY AND WILSON, TASHA | | | | | | | Date: | 8/30/2013 |
| Claims Bar Date: | 04/18/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>PO Box 12914<br>Norfolk VA 23541 | 10/23/2012 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $358.26 | $358.26 | $0.00 | $0.00 | $0.00 | $358.26 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>PO Box 12914<br>Norfolk VA 23541 | 11/05/2012 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $501.66 | $501.66 | $0.00 | $0.00 | $0.00 | $501.66 |
| * 15 | BANK OF AMERICA N.A.<br>c/o Johnson, Blumberg, & Associates, LLC<br>230 W. Monroe, Ste. 1125<br>Chicago IL 60606 | 11/13/2012 | Secured | Disallowed | 4110-000 | $0.00 | $120,820.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (15-1) Real Estate located at 5101 W. Road 150 N, Bargersville, IN 46106

| | | | | | | $181,702.71 | $55,756.85 | $0.00 | $0.00 | $0.00 | $55,756.85 |

\* There is an objection filed for this claim

Case 12-08326-RLM-7A    Doc 80    Filed 09/06/13    EOD 09/06/13 14:25:40    Pg 10 of 13

**CLAIM ANALYSIS REPORT**  Page No: 4    Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 12-08326-RLM-7 | | **Trustee Name:** | Randall L. Woodruff |
| **Case Name:** | WILSON, JOHN JAY AND WILSON, TASHA | | **Date:** | 8/30/2013 |
| **Claims Bar Date:** | 04/18/2013 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $18,641.88 | $17,516.26 | $0.00 | $0.00 | $0.00 | $17,516.26 |
| Other Priority | $4,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payments to Unsecured Credit Card Holders | $38,240.59 | $38,240.59 | $0.00 | $0.00 | $0.00 | $38,240.59 |
| Secured | $120,820.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 12-08326-RLM-7
Case Name: JOHN JAY WILSON
TASHA WILSON
Trustee Name: Randall L. Woodruff

Balance on hand: $27,078.66

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $27,078.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Randall L. Woodruff, Trustee Fees | $3,482.98 | $0.00 | $3,482.98 |
| Randall L. Woodruff, Trustee Expenses | $110.32 | $0.00 | $110.32 |

Total to be paid for chapter 7 administrative expenses: $3,593.30
Remaining balance: $23,485.36

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $23,485.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $23,485.36

UST Form 101-7-TFR (5/1/2011)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $55,756.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $4,654.15 | $0.00 | $1,960.39 |
| 2 | Discover Bank | $2,101.54 | $0.00 | $885.20 |
| 3 | Jefferson Capital Systems LLC | $380.60 | $0.00 | $160.31 |
| 4 | LVNV Funding, LLC | $17,467.39 | $0.00 | $7,357.44 |
| 6 | American Student Assistance Guarantor | $15,948.40 | $0.00 | $6,717.63 |
| 8 | Capital One Bank (USA), N.A. | $6,287.46 | $0.00 | $2,648.34 |
| 9 | LVNV Funding, LLC its successors and assigns as | $224.79 | $0.00 | $94.68 |
| 10 | InSolve Recovery, LLC, c/o Capital Recovery Group, | $758.58 | $0.00 | $319.52 |
| 11 | InSolve Recovery, LLC, c/o Capital Recovery Group, | $5,506.16 | $0.00 | $2,319.25 |
| 12 | WILLOWS COVENTRY APTS / HARBOR | $1,567.86 | $0.00 | $660.40 |
| 13 | Portfolio Recovery Associates, LLC | $358.26 | $0.00 | $150.90 |
| 14 | Portfolio Recovery Associates, LLC | $501.66 | $0.00 | $211.30 |

Total to be paid to timely general unsecured claims: $23,485.36
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**